UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| TONY R. VINCENT, | ) |
| Plaintiff, | ) |
| vs. | ) 04-3334-CV-W-HFS |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

X   Decision by Court.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

judgment is entered in favor of defendant Jo Anne B. Barnhart and against plaintiff Tony R. Vincent.

March 27, 2006

/s/ Patricia L. Brune
PATRICIA L. BRUNE
CLERK OF COURT


/s/ Julie Moritz
by Julie Moritz